Paul T. Trimmer
Nevada State Bar No. 9291
Lynne K. McChrystal
Nevada State Bar No. 14739
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  paul.trimmer@jacksonlewis.com
          lynne.mcchrystal@jacksonlewis.com

*Attorneys for Defendant*
*Freeman Expositions, LLC*
*Improperly Named The Freeman Company, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ROUSHKOLB,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE FREEMAN COMPANY, LLC, a Domestic Corporation; EMPLOYEE(S)/AGENT(S) DOES I-X; and ROE CORPORATIONS XI-XX, Inclusive,<br><br>　　　　Defendants. | Case No. 2:19-cv-02084-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT**<br>**(Second Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff, James Roushkolb ("Plaintiff"), through his counsel The Gabroy Law Offices, and Defendant Freeman Expositions, LLC improperly named as The Freeman Company, LLC ("Defendant"), through its counsel Jackson Lewis P.C., that Defendant shall have up to and including **Tuesday, January 21, 2020**, in which to respond to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1. That Defendant's answer or response in the United States District Court for the District Nevada is currently due on January 7, 2020.

///

2. That this is the second request for an extension of time for Defendant to respond to Plaintiff's Complaint.

3. That such an extension is necessary because defense counsel requires additional time to investigate facts that will allow for an informed response to the pending Complaint.

4. That this request is made in good faith and not for the purpose of delay.

5. That nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 2nd day of January, 2020.

| GABROY LAW OFFICES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Christian Gabroy* <br> Christian Gabroy <br> Nevada State Bar No. 8805 <br> GABROY LAW OFFICES <br> The District at Green Valley Ranch <br> 170 South Green Valley Parkway, Suite 280 <br> Henderson, Nevada 89012 <br><br> *Attorneys for Plaintiff* | */s/ Lynne K. McChrystal* <br> Paul T. Trimmer <br> Nevada State Bar No. 9291 <br> Lynne K. McChrystal <br> Nevada State Bar No. 14739 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* |

## **ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: January 3, 2020

4825-7607-0320, v. 1