# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMES ROUSHKOLB,

    Plaintiff(s),

v.

FREEMAN COMPANY, LLC,

    Defendant(s).

Case No.: 2:19-cv-02084-JCM-NJK

**ORDER**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than April 17, 2020.

IT IS SO ORDERED.

Dated: April 10, 2020

                                                      Nancy J. Koppe
United States Magistrate Judge